IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel L. Steban, Jr., | ) | Case No. 14-23093-GLT |
| Mary Beth Steban, | ) | Chapter 13 |
| *Debtors* | ) | Related to Document No. 120 |
| | ) | |
| Mary Beth Steban, | ) | |
| Social Security No. XXX-XX- 2849 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Mon Valley Foods Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) September 15, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail                              .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

| | | |
|---|---|---|
| Ronda J. Winnecour, Trustee | Mon Valley Foods, Inc. | Mary Beth Steban |
| Suite 3250, USX Tower | Attn: Payroll Department | 372 Balazia Avenue |
| 600 Grant Street | 1300 Country Club Rd. | Monessen, PA 15062 |
| Pittsburgh, PA 15219 | Monongahela, PA 15063-1018 | |

By:    /s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402