**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/15/18 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN<br><br>　　　Respondents | Case No.14-23093GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 124 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   15th   day of   May,   2018,   it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Mon Valley Foods, Inc.
　　　　Attn: Payroll Manager
　　　　1300 Country Club Rd.
　　　　Monongahela, PA 15063

is hereby ordered to immediately terminate the attachment of the wages of MARY BETH STEBAN, social security number XXX-XX-2849.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARY BETH STEBAN.

BY THE COURT:

_____
**cgt**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel L. Steban, Jr.  
Mary Beth Steban  
    Debtors

Case No. 14-23093-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: May 15, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.  
db/jdb        +Daniel L. Steban, Jr.,    Mary Beth Steban,    308A Riverside Road,    Smithton, PA 15479-1582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

          Chrisovalanate P. Fliakos    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com  
          Christopher M. Frye    on behalf of Trustee Ronda J. Winnecour chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          Christopher M. Frye    on behalf of Joint Debtor Mary Beth Steban chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          Christopher M. Frye    on behalf of Debtor Daniel L. Steban, Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          Christopher M. Frye    on behalf of U.S. Trustee    Office of the United States Trustee chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          James Warmbrodt    on behalf of Creditor    AFS Acceptance bkgroup@kmllawgroup.com  
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com, james.prostko@phelanhallinan.com  
          Mario J. Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                             TOTAL: 10