# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/16/18 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN<br><br>      Respondents | Case No.14-23093GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 126 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 16th day of May, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

United States Steel Corp
Attn: Payroll Manager
Mon Valley Works
Pob 878
Dravosburg, PA 15034

is hereby ordered to immediately terminate the attachment of the wages of DANIEL L. STEBAN, JR., social security number XXX-XX-5690. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL L. STEBAN, JR..

BY THE COURT:

_/s/ signature_
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-23093-GLT
Daniel L. Steban, Jr.                                                 Chapter 13
Mary Beth Steban
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1            Date Rcvd: May 16, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Daniel L. Steban, Jr.,   Mary Beth Steban,   308A Riverside Road,   Smithton, PA 15479-1582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
          Chrisovalanate P. Fliakos    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Christopher M. Frye    on behalf of Trustee Ronda J. Winnecour chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Mary Beth Steban chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of Debtor Daniel L. Steban, Jr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of U.S. Trustee    Office of the United States Trustee
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          James   Warmbrodt    on behalf of Creditor    AFS Acceptance bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          Mario J. Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10