**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN | Case No. 14-23093GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>WEBBANK-FINGERHUT | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to PRA RECEIVABLES MANAGEMENT . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| WEBBANK-FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Court claim# 1/Trustee CID# 10 |

The Movant further certifies that on 08/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DANIEL L. STEBAN, JR., MARY BETH STEBAN, 308A RIVERSIDE ROAD, SMITHTON, PA  15479 | DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>WEBBANK-FINGERHUT, 6250 RIDGEWOOD RD, ST CLOUD, MN 56303 | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR:<br>PRA RECEIVABLES MANAGEMENT | |