Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Daniel L. Steban Jr.** : | Case No. 14−23093−GLT |
| **Mary Beth Steban** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 141 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/16/19 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 1st of November, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 141 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before December 17, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *January 16, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                      Case No. 14-23093-GLT
Daniel L. Steban, Jr.                                       Chapter 13
Mary Beth Steban
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak               Page 1 of 2         Date Rcvd: Nov 01, 2018
                              Form ID: 604             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db/jdb         +Daniel L. Steban, Jr.,    Mary Beth Steban,    308A Riverside Road,    Smithton, PA 15479-1582
13898567       +Beneficial,    P. O. Box 10640,    Virginia Beach, VA 23450-0640
13898568       +Beneficial,    P.O. Box 4153K,    Carol Stream, IL 60197
13898569       +Best Buy Cedit Card,    HSBC Retail Service,    PO Box 17298,    Baltimore, MD 21297-1298
13898573       +Capital One Auto Finance,    PO Box 71083,    Charlotte, NC 28272-1083
13898574       +Chase Bank,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13898577        GE Care Credit,    Asset Acceptance LLC,    Warren, MI 48090
13898579       +Great Plains Lending,    PO Box 42906,    Philadelphia, PA 19101-2906
13898580        JP Morgan / Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
13958985       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13920004       +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13950198       +Level Financial LLC,    PO Box 3023,    Hutchinson, KS 67504-3023
13922752       +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13898584       +Mobiloan, LLC,    PO Box 1409,    Marksville, LA 71351-1409
13898585       +Monessen School District,    c/o Berkheimer Tax Adminstrator,    50 North 7th Street,
                 Bangor, PA 18013-1731
14907673        Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bk@afsacceptance.com Nov 02 2018 03:23:09     AFS Acceptance,    P.O. Box 189007,
                 Plantation, FL 33318-9007
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 02 2018 03:23:54
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14665174       +E-mail/Text: bk@afsacceptance.com Nov 02 2018 03:23:09     AFS Acceptance LLC,
                 Attn: Bankruptcy Dept.,    1475 W. Cypress Creek Road,    Fort Lauderdale, FL 33309-1931
13898571       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:02     Brylane Home,
                 PO Box 659728,    San Antonio, TX 78265-9728
13898572       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 03:23:50     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13906503       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 02 2018 03:24:44
                 Capital One Auto Finance,    4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
13898575       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2018 03:24:24     Credit One Visa,
                 PO Box 60500,    City of Industry, CA 91716-0500
13898576        E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17     Fingerhut,    P. O. Box 166,
                 Newark, NJ 07101-0166
13898578        E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17     Gettington,
                 P. O. Box 166,    Newark, NJ 07101-0166
13898581        E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:21:31     K Jordan,    P.O. Box 2809,
                 Monroe, WI 53566-8009
13955537        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13898582       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:23:47     Lowes & GE Money Bank,
                 Synchrony Bank,    P.O. Box 530914,    Atlanta, GA 30353-0914
13898583        E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:21:32     Masseys,    P.O. Box 2822,
                 Monroe, WI 53566-8022
13944604        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:40:23
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13906058        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13912294       +E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:23:40     Seventh Avenue,
                 1112 7th Ave.,    Monroe, WI 53566-1364
13922771       +E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:23:40     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13898587        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:02     Victoria Secret,
                 P.o. Box 1821265,    Columbus, OH 43218
13901146       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17     Webbank-Fingerhut,
                 6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*            +Level Financial, LLC,    P.O. Box 3023,    Hutchinson, KS 67504-3023
cr*             Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
13898570       ##+Best Choice 123,    PO Box 472,    Talmage, CA 95481-0472
13898586       ##+Plain Green Loans,    93 Mack Road,    Suite 600,    PO Box 255,    Box Elder, MT 59521-0255
                                                                                  TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: ctak              Page 2 of 2              Date Rcvd: Nov 01, 2018
                              Form ID: 604            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:

    Chrisovalanate P. Fliakos    on behalf of Creditor    JPMorgan Chase Bank, National Association    pawb@fedphe.com

    Christopher M. Frye    on behalf of Joint Debtor Mary Beth Steban chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

    Christopher M. Frye    on behalf of Debtor Daniel L. Steban, Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

    Christopher M. Frye    on behalf of U.S. Trustee    Office of the United States Trustee chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

    Christopher M. Frye    on behalf of Trustee Ronda J. Winnecour chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

    James Warmbrodt    on behalf of Creditor    AFS Acceptance bkgroup@kmllawgroup.com

    James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com, james.prostko@phelanhallinan.com

    Mario J. Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                   TOTAL: 10