**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL L. STEBAN, JR.<br>MARY BETH STEBAN<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Respondents. | Case No.:14-23093<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/31/2014 and confirmed on 9/4/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,017.15 |
| Less Refunds to Debtor | 3,891.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,125.56 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,400.00 | |
|    Trustee Fee | 3,585.81 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,985.81 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BENEFICIAL MORTGAGE CORP* (RE) | 444.77 | 444.77 | 0.00 | 444.77 |
|     Acct: 0964 | | | | |
|   JPMORGAN CHASE BANK | 29,631.36 | 29,631.36 | 0.00 | 29,631.36 |
|     Acct: 3408 | | | | |
|   JPMORGAN CHASE BANK | 4,289.90 | 4,289.90 | 0.00 | 4,289.90 |
|     Acct: 3408 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 0.00 | 26,494.37 | 0.00 | 26,494.37 |
|     Acct: 8036 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 1,127.42 | 1,127.42 | 0.00 | 1,127.42 |
|     Acct: XXXXXXXXXX7/14 | | | | |
| | | | | 61,987.82 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L. STEBAN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL L. STEBAN, JR. | 3,891.59 | 3,891.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-18 | | | | |
|   MONESSEN CITY SD (MONESSEN) (EIT) | 1,457.34 | 1,457.34 | 0.00 | 1,457.34 |
|     Acct: XXXXXXXXXXX7,09 | | | | |
|   AFS ACCEPTANCE* | 0.00 | 5,129.16 | 0.00 | 5,129.16 |
|     Acct: 9696 | | | | |
| | | | | 6,586.50 |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 584.68 | 584.68 | 0.00 | 584.68 |
|     Acct: 0268 | | | | |
|   BEST CHOICE 123 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8066 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 382.37 | 382.37 | 0.00 | 382.37 |
| | Acct: 5211 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 635.55 | 635.55 | 0.00 | 635.55 |
| | Acct: 0081 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 749.11 | 749.11 | 0.00 | 749.11 |
| | Acct: 0347 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9924 | | | | |
| | ASSET ACCEPTANCE LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7074 | | | | |
| | GETTINGTON CREDIT ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6318 | | | | |
| | GREAT PLAINS LENDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1506 | | | | |
| | K JORDAN | 262.16 | 262.16 | 0.00 | 262.16 |
| | Acct: 3B2J | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 945.35 | 945.35 | 0.00 | 945.35 |
| | Acct: 7506 | | | | |
| | MASSEYS | 497.07 | 497.07 | 0.00 | 497.07 |
| | Acct: 3A2Y | | | | |
| | LEVEL FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5690 | | | | |
| | PLAIN GREEN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6868 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 479.74 | 479.74 | 0.00 | 479.74 |
| | Acct: 7006 | | | | |
| | SEVENTH AVENUE | 1,029.40 | 1,029.40 | 0.00 | 1,029.40 |
| | Acct: 3570 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFS ACCEPTANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9696 | | | | |
| | | | | | 5,565.43 |

TOTAL PAID TO CREDITORS                                                                                                          74,139.75

| TOTAL | |
|---|---:|
| CLAIMED | 1,457.34 |
| PRIORITY | 35,493.45 |
| SECURED | 5,565.43 |

Date: 10/29/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL L. STEBAN, JR.
    MARY BETH STEBAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-23093

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-23093-GLT
Daniel L. Steban, Jr.                                                   Chapter 13
Mary Beth Steban
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak                  Page 1 of 2                  Date Rcvd: Nov 01, 2018
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db/jdb         +Daniel L. Steban, Jr.,    Mary Beth Steban,    308A Riverside Road,    Smithton, PA 15479-1582
13898567       +Beneficial,    P. O. Box 10640,    Virginia Beach, VA 23450-0640
13898568       +Beneficial,    P.O. Box 4153K,    Carol Stream, IL 60197
13898569       +Best Buy Cedit Card,    HSBC Retail Service,    PO Box 17298,    Baltimore, MD 21297-1298
13898573       +Capital One Auto Finance,    PO Box 71083,    Charlotte, NC 28272-1083
13898574       +Chase Bank,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13898577        GE Care Credit,    Asset Acceptance LLC,    Warren, MI 48090
13898579       +Great Plains Lending,    PO Box 42906,    Philadelphia, PA 19101-2906
13898580        JP Morgan / Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
13958985       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13920004       +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13950198       +Level Financial LLC,    PO Box 3023,    Hutchinson, KS 67504-3023
13922752       +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13898584       +Mobiloan, LLC,    PO Box 1409,    Marksville, LA 71351-1409
13898585       +Monessen School District,    c/o Berkheimer Tax Adminstrator,    50 North 7th Street,
                 Bangor, PA 18013-1731
14907673        Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bk@afsacceptance.com Nov 02 2018 03:23:09      AFS Acceptance,    P.O. Box 189007,
                 Plantation, FL 33318-9007
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 02 2018 03:24:19
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14665174       +E-mail/Text: bk@afsacceptance.com Nov 02 2018 03:23:09      AFS Acceptance LLC,
                 Attn: Bankruptcy Dept.,    1475 W. Cypress Creek Road,    Fort Lauderdale, FL 33309-1931
13898571       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:05      Brylane Home,
                 PO Box 659728,    San Antonio, TX 78265-9728
13898572       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 03:23:52      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13906503       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 02 2018 03:23:54
                 Capital One Auto Finance,    4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
13898575       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2018 03:23:58      Credit One Visa,
                 PO Box 60500,    City of Industry, CA 91716-0500
13898576        E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17      Fingerhut,    P. O. Box 166,
                 Newark, NJ 07101-0166
13898578        E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17      Gettington,
                 P. O. Box 166,    Newark, NJ 07101-0166
13898581        E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:21:32      K Jordan,    P.O. Box 2809,
                 Monroe, WI 53566-8009
13955537        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13898582       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:56      Lowes & GE Money Bank,
                 Synchrony Bank,    P.O. Box 530914,    Atlanta, GA 30353-0914
13898583        E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:21:32      Masseys,    P.O. Box 2822,
                 Monroe, WI 53566-8022
13944604        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:39:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13906058        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13912294       +E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:23:40      Seventh Avenue,
                 1112 7th Ave.,    Monroe, WI 53566-1364
13922771       +E-mail/Text: bankruptcy@sccompanies.com Nov 02 2018 03:23:40      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13898587        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:06      Victoria Secret,
                 P.o. Box 1821265,    Columbus, OH 43218
13901146       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17      Webbank-Fingerhut,
                 6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*            +Level Financial, LLC,    P.O. Box 3023,    Hutchinson, KS 67504-3023
cr*             Shellpoint Mortgage Servicing,    P.O. Box 10675,    Greenville, SC  29603-0675
13898570      ##+Best Choice 123,    PO Box 472,    Talmage, CA 95481-0472
13898586      ##+Plain Green Loans,    93 Mack Road,    Suite 600,    PO Box 255,    Box Elder, MT 59521-0255
                                                                                   TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: ctak              Page 2 of 2                Date Rcvd: Nov 01, 2018
                              Form ID: pdf900         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:

```
          Chrisovalanate P. Fliakos    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Christopher M. Frye    on behalf of Joint Debtor Mary Beth Steban chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Debtor Daniel L. Steban, Jr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of U.S. Trustee   Office of the United States Trustee
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Trustee Ronda J. Winnecour chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt    on behalf of Creditor   AFS Acceptance bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pawb@fedphe.com, james.prostko@phelanhallinan.com
          Mario J. Hanyon    on behalf of Creditor   JPMorgan Chase Bank, National Association
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```